IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL K. WEBER, <br><br>    *Plaintiff*, <br>v. <br><br>ACTING COMMISSIONER of the <br>Social Security Administration, <br><br>    *Defendant*. | No. 5:21-cv-00452-TJM-CFH <br><br>Hon. Thomas J. McAvoy <br>United States Senior Judge <br><br>Stipulation – Document Filed Electronically |

**PARTIES' STIPULATION FOR REMAND**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                                               Respectfully submitted,

| | |
|---|---|
| KILOLO KIJAKAZI, <br>Defendant <br><br>By Her Attorneys <br><br>CARLA B. FREEDMAN <br>United States Attorney <br><br>/s/ *Candace H. Lawrence* <br>Candace H. Lawrence <br>Special Assistant United States Attorney <br>N.D.N.Y. Bar Roll No. 701015 <br>Social Security Administration, OGC <br>J.F.K. Federal Building – Rm. 625 <br>Boston, MA 02203 <br>(617) 565-4230 <br>candace.lawrence@ssa.gov | MICHAEL K. WEBER <br>Plaintiff <br><br>By His Attorney <br><br><br><br><br>/s/ *Howard D. Olinsky*[1] <br>Howard D. Olinsky <br>N.D.N.Y. Bar Roll No. 102297 <br>Olinsky Law Group <br>Suite 210 <br>250 South Clinton Street <br>Syracuse, NY 13202 <br>(315) 701-5780 <br>holinsky@windisability.com |

---

[1] Signed by Candace Lawrence with Mr. Olinsky's permission.

IT IS SO ORDERED.
DATED: April 26, 2022

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge